UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MATTHEW MAYNARD, individually, and on behalf of Maynard Investment Group, LLC d/b/a Discount Sport Nutrition, <br><br> Plaintiff, <br><br> v. <br><br> PAYPAL, INC. and PAYPAL HOLDINGS, INC., <br><br> Defendants. | §§§§§§§§§§§§§§ | Civil Action No. 3:18-CV-0259-D |

## ORDER

Pending before the Court is Defendants' Motion to Stay Proceedings and Compel Arbitration [DKT 9]. On April 5, 2018, Defendants PayPal, Inc. and PayPal Holdings, Inc. (collectively, "Defendants") filed their Notice of Withdrawal of Defendants' Motion to Stay Proceedings and Compel Arbitration [DKT __].

Defendants' Motion to Stay Proceedings and Compel Arbitration [DKT 9] is withdrawn in its entirety. Defendants shall file a responsive pleading to Plaintiff's Verified Original Petition and Application for Temporary Restraining Order and Temporary Injunction no later than 14 days from the date of the entry of this Order.

**SO ORDERED.**

April ___, 2018.

_____<br>
SIDNEY A. FITZWATER<br>
UNITED STATES DISTRICT JUDGE

**ORDER – Solo Page**
SAC 442979404v1