IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MATTHEW MAYNARD, and MAYNARD INVESTMENT GROUP, LLC d/b/a Discount Sport Nutrition, <br><br> Plaintiffs, <br><br> v. <br><br> PAYPAL, INC. and PAYPAL HOLDINGS, INC., <br><br> Defendants. | § § § § § § § § § § § § § | Civil Action No. 3:18-CV-0259-D |

## UNOPPOSED MOTION TO WITHDRAW

**COMES NOW,** Cassie J. Dallas and requests that the Court enter an order permitting her to withdraw as additional counsel for Plaintiffs Matthew Maynard ("Maynard") and Maynard Investment Group, LLC d/b/a Discount Sport Nutrition ("DSN") (collectively "Plaintiffs") and in support thereof respectfully states:

1. Attorney Jeffrey R. Duffey of The Law Office of Jeffrey R. Duffey, 4925 Greenville Ave. Ste. 200, Dallas, Texas 75206, is the primary attorney of record for Plaintiffs. He is familiar with the facts of the case, participated in the Rule 26(f) conference, and has prepared the vast majority of the pleadings, motions, and responses filed in this case.

2. Ms. Dallas of the law firm Thompson, Coe, Cousins & Irons, LLP previously appeared as additional counsel for Plaintiffs in this lawsuit.

3. Ms. Dallas and her law firm request that the Court enter an order permitting her and her firm to withdraw as additional counsel in the referenced case. *See Matter of Wynn*, 889 F.2d 644, 646 (5th Cir. 1989) (the decision to permit an attorney to withdraw is "entrusted to the

sound discretion" of the district court). Ms. Dallas has advised the Plaintiffs of the proposed withdrawal, and the Plaintiffs have consented to such withdrawal.

4. This case is not set for trial, and Ms. Dallas's withdrawal from this case will have no adverse effect on any of the parties to this lawsuit because Mr. Duffey will continue as counsel for Plaintiffs.

5. Plaintiffs consent to the withdrawal of Ms. Dallas and her law firm.

6. Counsel for Defendants does not oppose this motion to withdraw.

WHEREFORE, Premises Considered, Cassie J. Dallas requests that the Court enter an order allowing her to withdraw as additional counsel for Plaintiffs, direct the Court's clerk to note the withdrawal of counsel in its records, and for all further relief to which Ms. Dallas is justly entitled.

UNOPPOSED MOTION TO WITHDRAW                                                                                     Page 2
7181761v1
11964.002

Respectfully submitted,

By: */s/ Cassie J. Dallas*

Jeffrey R. Duffey
Texas Bar No. 24101712
**THE LAW OFFICE OF JEFFREY R. DUFFEY**
4925 Greenville Ave., Ste. 200
Dallas, TX 75206
Telephone: (214) 504-6692
Email: Jeff@jrduffeylaw.com

Cassie J. Dallas
State Bar No. 24074105
THOMPSON, COE, COUSINS & IRONS, LLP
Plaza of the Americas
700 N. Pearl Street, Suite 2500
Dallas, Texas 75201-2832
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
E-mail: cdallas@thompsoncoe.com

**ATTORNEYS FOR PLAINTIFFS, MATTHEW MAYNARD & MAYNARD INVESTMENT GROUP, LLC D/B/A DISCOUNT SPORT NUTRITION**

## CERTIFICATE OF CONFERENCE

I hereby certify that on August 12, 2019, I conferred with opposing counsel, William B. Start, by telephone concerning the filing of this motion. Mr. Stark stated that Defendants are unopposed to the relief requested.

                                                 */s/ Cassie J. Dallas*
                                                 Cassie J. Dallas

## CERTIFICATE OF SERVICE

On August 16, 2019, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Jordan W. Cowman
P. William Stark
Greenberg Traurig
2200 Ross Avenue, Suite 2500
Dallas, TX 75204
Telephone: (214) 740-1400
Facsimile: (214) 740-1499
Email: cowmanj@gtlaw.com
Email: starkb@gtlaw.com
*Counsel for Defendants*

                                                 */s/ Cassie J. Dallas*
                                                 Cassie J. Dallas